## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

        v.                                   **CRIMINAL NO. 16-164 (PAD)**

**JUAN ZORRILLA-PEREIDA (2),**

    **Defendant**.

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Juan Zorrilla-Pereida (Docket No. 44), to which no objections have been filed.  The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty.  The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 42).  The parties shall file their sentencing memoranda not later than December 6, 2016.  The Sentencing Hearing is set for December 16, 2016 at 10:00 a.m. in Courtroom 3.

    **SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of September, 2016.

                                      s/Pedro A. Delgado-Hernández
                                      PEDRO A. DELGADO HERNANDEZ
                                      United States District Judge